IN THE UNITED STATES DISTRICT CIRCUIT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHASITY DENLEY**                                                          **PLAINTIFFS**

**V.**                                                          **CAUSE NO. 3:23-cv-00363-DPJ-FKB**

**CASEY SHANE MCLEAREN; JOHN DOES 1-10**                      **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

This matter came to be heard on the joint motion of the parties requesting that this cause be dismissed without prejudice, and the Court having considered said motion in the premises is of the opinion and does find that said motion is well taken and should be sustained.

IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiff Chasity Denley's claim under 42 US Code § 1983 against Defendant Casey McLearen in the above referenced civil action is hereby dismissed without prejudice with each party to bear their own costs. This Order does not apply to any of Plaintiff's state law claims against this Defendant, which have been remanded to state court.

SO ORDERED this the 21st day of June, 2024.

_____
DISTRICT COURT JUDGE

AGREED TO BY:

_____
Benjamin N. Philley, MSB #101556
Kilpatrick & Philley, PLLC
Post Office Box 2230
Madison, Mississippi 39130-2230
Telephone – 601.856.7800
Facsimile – 601.856.7031
Email: *bphilley@kplawms.com*
*Attorney for Plaintiff*

_____
Adam B. Emerson, MSB #102258
Bridgforth, Buntin & Emerson, PLLC
5293 Getwell Rd.
Southaven, MS 38672
Phone: (662) 393-4450 Ext. 107
Fax: (662) 342-5646
Email: *adam@bbelawyers.com*
*Attorney for Defendant*